# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KEITH W. COCHRAN & SUSAN M. COCHRAN          Case Number: 07-71325
1605 S. WALNUT AVENUE                    SSN-xxx-xx-9370 & xxx-xx-7350
FREEPORT, IL  61032

Case filed on: 5/31/2007
Plan Confirmed on: 8/17/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,525.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY MARK E ZALESKI | 2,500.00 | 2,500.00 | 1,384.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,384.00 | 0.00 |
| 002 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | OMNIUM WORLDWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KEITH W. COCHRAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 4,260.84 | 4,260.84 | 2,431.57 | 0.00 |
| 003 | STATE BANK OF PEARL CITY | 8,572.04 | 7,200.00 | 1,517.33 | 732.67 |
|  | Total Secured | 12,832.88 | 11,460.84 | 3,948.90 | 732.67 |
| 003 | STATE BANK OF PEARL CITY | 0.00 | 1,372.04 | 0.00 | 0.00 |
| 004 | JEFFERSON CAPITAL SYSTEMS, LLC | 767.24 | 767.24 | 0.00 | 0.00 |
| 005 | THE MONROE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AFNI/VERIZON | 235.26 | 235.26 | 0.00 | 0.00 |
| 010 | GARY SCHUBERT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 1,051.42 | 1,051.42 | 0.00 | 0.00 |
| 012 | ALLIED BUSINESS ACCOUNTS INC | 1,273.98 | 1,273.98 | 0.00 | 0.00 |
|  | Total Unsecured | 3,327.90 | 4,699.94 | 0.00 | 0.00 |
|  | Grand Total: | 18,660.78 | 18,660.78 | 5,332.90 | 732.67 |

Total Paid Claimant:   $6,065.57
Trustee Allowance:     $459.43
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan